United States District Court
Southern District of Texas
**ENTERED**
January 13, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO IGLESIA MENA,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:20-cv-00151 |
| WILLIAM BARR, ET AL.,<br>Respondents. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Report and Recommendation of the Magistrate Judge" ("R&R") (Dkt. No. 10). The R&R recommends this Court (1) grant "Respondent's Motion to Dismiss as Moot" ("Motion to Dismiss") (Dkt. No. 9), (2) dismiss with prejudice Julio Iglesia Mena's ("Petitioner") "Petition for a Writ of Habeas Corpus Pursuant to 28 U. S. C. § 2241" ("Petition") (Dkt. No. 1), and (3) direct the Clerk of Court to close this case.

Objections were due December 30, 2020. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Respondent's Motion to Dismiss (Dkt. No. 9) is **GRANTED**, and Petitioner's Petition (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **ORDERED** to close the case.

Signed on this 13th day of January, 2021.

Rolando Olvera
United States District Judge

1